UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ADONAI LUQUE GARAY,<br><br>      Defendant. | 22 Cr. 678 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The parties are hereby ORDERED to appear for an arraignment and conference on **December 19, 2022, at 3:00 p.m**. The conference will proceed via videoconference, and instructions for accessing the videoconference will be provided separately.

  SO ORDERED.

Dated: December 13, 2022
     New York, New York

                    KATHERINE POLK FAILLA
                    United States District Judge