**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 25, 2023

**BY ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:  *United States v. Adonai Luque Garay*, 22 Cr. 678 (KPF)

Dear Judge Failla,

    I write on behalf of the parties to jointly request a 60-day adjournment of the conference presently scheduled for May 31, 2023.  Additional time will allow the parties to continue reviewing discovery and to pursue a pretrial disposition of this matter.  It is my understanding that the government is currently working to obtain and produce translations of certain discovery materials originally produced in Spanish.  The parties have already commenced meaningful discussions about a pretrial resolution, but these translations, along with an opportunity for joint review of certain cell phone evidence, will allow for a more robust and productive conversation.  For the foregoing reasons, the parties consent to the exclusion of time under the Speedy Trial Act through the next conference date set by the Court.

    Thank you for your consideration of this application.

Respectfully,

/s/ Ariel Werner
Assistant Federal Defender
212-417-8700

cc:  AUSA Camille Fletcher

Application GRANTED. The conference currently scheduled for May 31, 2023, is hereby ADJOURNED to **July 26, 2023, at 2:00 p.m.**

It is further ORDERED that time is excluded under the Speedy Trial Act between May 31, 2023, and July 26, 2023. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit Defendant and defense counsel to continue to review discovery and permit the parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket number 12.

Dated:     May 25, 2023                    SO ORDERED.
           New York, New York

                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE