

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 21, 2023

**BY ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Adonai Luque Garay*, 22 Cr. 678 (KPF)

Dear Judge Failla,

    The parties write to request a thirty-day adjournment of the conference scheduled for July 26, 2023 at 2:00 p.m. The parties need additional time to continue their negotiations regarding a pretrial resolution of this matter.

    Should the Court grant this request, the Government further requests that time be excluded under the Speedy Trial Act until the date of the next scheduled conference. The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow the parties additional time to continue their negotiations regarding a pretrial resolution of this matter. Defense counsel consents to the exclusion of time.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by:   Camille L. Fletcher
    Camille L. Fletcher
    Assistant United States Attorney
    Southern District of New York
    (212) 637-2383

cc: Ariel Werner, Esq. (via ECF)

Application GRANTED.  In light of the above and the Court's separate communications with the parties, the conference currently scheduled for July 26, 2023, is hereby ADJOURNED to **October 5, 2023, at 3:00 p.m.**

It is further ORDERED that time is excluded under the Speedy Trial Act between July 26, 2023, and October 5, 2023. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit Defendant and defense counsel to continue to review discovery and permit the parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket number 15.

Dated:     July 21, 2023            SO ORDERED.
           New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE