U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 29, 2023

**BY ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Adonai Luque Garay*, 22 Cr. 678 (KPF)

Dear Judge Failla,

The parties write to request a thirty-day adjournment of the conference scheduled for October 5, 2023 at 3:00 p.m. The parties need additional time to continue their negotiations regarding a pretrial resolution of this matter.

Should the Court grant this request, the Government further requests that time be excluded under the Speedy Trial Act until the date of the next scheduled conference. The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow the parties additional time to continue their negotiations regarding a pretrial resolution of this matter. Defense counsel consents to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   *Camille L. Fletcher*
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

cc: Ariel Werner, Esq. (via ECF)

Application DENIED.  Given the length of time since the Court has last seen Mr. Garay, it does not feel comfortable granting the thirty-day adjournment request.  For the avoidance of doubt, the Court expects to see Mr. Garay in person, not over videoconference.

The Clerk of Court is directed to terminate the pending motion at docket number 17.

Dated:     October 2, 2023            SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE