**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 2, 2023

**BY ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Adonai Luque Garay*, 22 Cr. 678 (KPF)

Dear Judge Failla,

    I write to respectfully request that the Court endorse the attached Order, requiring the United States Marshals Service to furnish Mr. Luque Garay with funds to cover the cost of his travel to New York for his court appearance this Thursday, October 5, 2023. Thank you for your consideration of this application.

Respectfully,

/s/ Ariel Werner
Assistant Federal Defender
212-417-8700

cc: AUSA Camille Fletcher

```
Application GRANTED.  The Court will separately enter the
transportation order.  The Clerk of Court is directed to terminate
the pending motions at docket numbers 19 and 20.


Dated:      October 2, 2023                 SO ORDERED.
            New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE