```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA           :  TRANSPORTATION ORDER

        - v -                      :  22 Cr. 678 (KPF)

Adonai Luque Garay,                :

                Defendant.         :
-----------------------------------x
```

Upon the application of **Adonai Luque Garay**, by his attorney, **Ariel Werner, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Adonai Luque Garay with funds to cover the cost of travel between Phoenix, Arizona and New York, New York, for Mr. Luque Garay's court appearance, scheduled for October 5, 2023, at 3:00 PM, it is hereby

**ORDERED** that Mr. Luque Garay arrive in New York on the morning of October 5, 2023; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York        SO ORDERED:
        October 2, 2023

                                  _____
                                  HONORABLE KATHERINE POLK FAILLA
                                  United States District Judge