**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 8, 2024

**BY ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Adonai Luque Garay*, 22 Cr. 678 (KPF)

Dear Judge Failla,

    I write on behalf of the parties to respectfully request that the Court cancel the status conference presently scheduled for January 11, 2024 at 11:00 a.m. and instead schedule a change-of-plea hearing. It is our understanding that the Court may be available for such a hearing on February 1, 2024 at 2:30 p.m. The parties consent to the exclusion of time under the Speedy Trial Act through that date, because excluding time will allow the parties to complete a safety valve proffer and finalize the terms of a plea agreement.

    Thank you for your consideration of this application.

Respectfully,

/s/ Ariel Werner
Assistant Federal Defender
212-417-8700

cc: AUSA Camille Fletcher

Application GRANTED. The status conference presently scheduled for January 11, 2024, is hereby ADJOURNED *sine die* and a conference for a change-of-plea hearing is hereby SCHEDULED for **February 1, 2024,** at **2:30 p.m.**

It is further ORDERED that time is excluded under the Speedy Trial Act between January 11, 2024, and February 1, 2024. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to complete a safety valve proffer and finalize the terms of a plea agreement.

The Clerk of the Court is directed to terminate the pending motion at docket number 25.

Dated:    January 8, 2024          SO ORDERED.
          New York, New York

                                   *[signature]*

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE