**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 19, 2024

**By ECF and Email**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Adonai Luque Garay*, 22 Cr. 678 (KPF)

Dear Judge Failla,

I write without objection from the Government to request a brief adjournment of Mr. Luque Garay's sentencing, which is presently scheduled for May 30, 2024. Mr. Luque Garay seeks this adjournment so that he can be assured of the opportunity to celebrate his birthday with his parents and brother on June 4. After conferring with the Government, I respectfully request that sentencing be adjourned until June 11, 2024 at 3:00 p.m., when I understand the Court may be available.

Thank you for your consideration of this application.

Respectfully,

/s/ Ariel Werner
Assistant Federal Defender
212-417-8700

cc:  AUSA Camille Fletcher

Application GRANTED.  The sentencing in this matter is hereby ADJOURNED to **June 11, 2024,** at **3:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket number 34.

Dated:     April 22, 2024          SO ORDERED.
           New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE