**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 23, 2024

**By ECF and Email**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Adonai Luque Garay*, 22 Cr. 678 (KPF)

Dear Judge Failla,

I write without objection from the Government to request a brief extension of my deadline to file Mr. Luque Garay's sentencing submission, from May 28, 2024 to May 31, 2024. As of now, I have multiple sentencing submissions due on May 28, and Mr. Luque Garay's submission would benefit from additional time. Thank you for your consideration of this application.

Respectfully,

/s/ Ariel Werner
Assistant Federal Defender
212-417-8700

cc:   AUSA Camille Fletcher

```
Application GRANTED.  The Clerk of Court is directed to terminate
the pending motion at docket number 37.

Dated:    May 24, 2024           SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE